# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **LINDA HILTON,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | |
| ) | **CIVIL ACTION NO.** |
| ) | **CV- 10-0010** |
| **AMERICA'S SERVICING CO. and** ) | |
| **US BANK NATIONAL** ) | |
| **ASSOCIATION, AS TRUSTEE FOR** ) | |
| **THE STRUCTURED ASSET** ) | |
| **INVESTMENT TRUST 2006-4** ) | |
| ) | |
| **Defendants.** ) | |

## WITHDRAWAL OF VERIFIED EMERGENCY PETITION
## FOR TRO and/or PRELIMINARY INJUNCTION (Doc. 3)

NOW COMES the Plaintiff in the above styled matter and withdraws her previously filed Verified Emergency Petition for Temporary Restraining Order and/or Preliminary Injunction (Doc. 3).

Respectfully submitted,

/s/  John W. Sharbrough, III
John W. Sharbrough, III (sharj0552)
Counsel for Plaintiff

OF COUNSEL:

JOHN W. SHARBROUGH, III, P.C.
75A Saint Michael Street
Mobile, AL  36602-3816
Tel:   (251) 432-1413
Fax:   (251) 432-5297
john@sharbroughlaw.com

## CERTIFICATE OF SERVICE

      I hereby certify that on this the 8th day of January, 2010, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the below listed parties or by placing same in the United States mail, properly addressed with postage prepaid.

Jeffrey Miller, Esquire
SIROTE & PERMUTT, P.C.
One St. Louis Centre
Suite 100
Mobile, AL 36602

                 s/ John W. Sharbrough, III
                 JOHN W. SHARBROUGH, III