IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

LINDA HILTON,                        :

    Plaintiff,                    :

vs.                                  :       CA 10-0010-KD-C

AMERICA'S SERVICING CO., et al.,     :

    Defendants.

## ORDER

The Court has reviewed the defendants' settlement statement (Doc. 14), as well as that of the plaintiff (Doc. 15), and, based on the contents of these pleadings, does not feel that requiring the parties to engage in mediation or a settlement conference is necessary at the present time.

**DONE** and **ORDERED** this the 3rd day of December, 2010.

    s/WILLIAM E. CASSADY
**UNITED STATES MAGISTRATE JUDGE**